**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| In re:<br><br>Melissa Dawn Wilson<br><br>Debtor(s) | Case No. 12-31050-JPS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Camille Hope, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2012.

2) The plan was confirmed on 11/09/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/04/2017.

6) Number of months from filing to last payment: 56.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,599.00.

10) Amount of unsecured claims discharged without payment: $77,080.47.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $12,908.24 |
| Less amount refunded to debtor | $121.24 |

**NET RECEIPTS:** $12,787.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $531.55 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,531.55

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AnMed Health | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 17.94 | 17.94 | 0.35 | 0.00 |
| Asset Acceptance LLC | Unsecured | 3,536.00 | 3,579.39 | 3,579.39 | 70.36 | 0.00 |
| BB&T - BRANCH BANKING & TRUST | Unsecured | 4,043.00 | 4,156.15 | 4,156.15 | 81.70 | 0.00 |
| CALVARY PORTFOLIO SERVICES, LL | Unsecured | 46,278.00 | 47,977.86 | 47,977.86 | 943.17 | 0.00 |
| Carter-Young Inc | Unsecured | 137.00 | 80.43 | 80.43 | 1.58 | 0.00 |
| Carter-Young Inc | Unsecured | NA | 137.89 | 137.89 | 2.71 | 0.00 |
| COLLECTION SERVICES OF ATHENS | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| FIRST CITIZENS BANK | Secured | 7,000.00 | 5,619.22 | 5,619.22 | 5,619.22 | 437.30 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 6,100.00 | NA | NA | 0.00 | 0.00 |
| InSolve Recovery, LLC | Unsecured | 270.00 | 566.14 | 566.14 | 11.13 | 0.00 |
| Internal Revenue Service | Priority | 1,000.00 | 1,079.95 | 1,079.95 | 1,079.95 | 0.00 |
| Lane Bryant | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 10,472.00 | 8,402.86 | 8,402.86 | 165.19 | 0.00 |
| Preferred Customer Account | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| South Carolina Federal | Unsecured | 3,683.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 45,000.00 | 42,872.00 | 42,872.00 | 842.79 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,619.22 | $5,619.22 | $437.30 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,619.22** | **$5,619.22** | **$437.30** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,079.95 | $1,079.95 | $0.00 |
| **TOTAL PRIORITY:** | **$1,079.95** | **$1,079.95** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$107,790.66** | **$2,118.98** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,531.55 |
| Disbursements to Creditors | $9,255.45 |
| **TOTAL DISBURSEMENTS :** | **$12,787.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/26/2017                             By: /s/ Camille Hope
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Melissa Dawn Wilson | **CASE NO:** 12-31050-JPS |
| 364 Currahee Point | |
| Toccoa, GA 30577 | **ATTORNEY:** Christopher R. Morgan |

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of this Final Report has been served on the debtor's attorney via electronic notice, and mailed postage prepaid to the debtor at their address shown below.

<u>Via Electronic Notice:</u>    Christopher R. Morgan

<u>Via U.S. Mail:</u>    Melissa Dawn Wilson
364 Currahee Point
Toccoa, GA 30577

**DATED:** May 26, 2017

/s/ Camille Hope
**Camille Hope, Trustee**
**MIDDLE DISTRICT OF GA**
**P.O. BOX 954**
**MACON, GA 31202-0954**
**(478)742-8706**