**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Melissa Dawn Wilson** | Social Security number or ITIN   xxx–xx–5642 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Georgia**

Case number:   **12–31050 jps**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Melissa Dawn Wilson
fka Melissa Dawn Coffey
364 Currahee Point
Toccoa, GA 30577

7/6/17                                                                                    **By the court:**   /s/James P. Smith
                                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Middle District of Georgia

In re:                                                                  Case No. 12-31050-jps
Melissa Dawn Wilson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-3           User: mo              Page 1 of 2              Date Rcvd: Jul 06, 2017
                               Form ID: 3180W        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
```
db          +Melissa Dawn Wilson,    364 Currahee Point,    Toccoa, GA 30577-7095
10159634    +Anmed Health,   c/o Absolute Collection Serv,    421 Fayetteville St. Mall,    Suite 600,
              Raleigh, NC 27601-1777
10159638   ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
             (address filed with court: Carter-Young, Inc.,     1500 Klondike Road, Suite A-210,
              Conyers, GA 30094)
10159643    +Lane Bryant/LB Retail,    P.O. Box 659728,    San Antonio, TX 78265-9728
10159644     Leland Coffey,    1000 Dickerson Road,    Anderson, SC 29626
10159648     South Carolina Federal Credit Union,    P.O. Box 10287,    Charleston, SC 29411-0287
10159649    +Superior Court of Franklin County,    Franklin County Courthouse,    7085 Hwy 145, suite 3,
              Carnesville, GA 30521-4171
10312090     US Department of Education,    P O Box 65128,    St Paul, MN 55165
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10224710     EDI: RESURGENT.COM Jul 06 2017 17:53:00     Ashley Funding Services, LLC its successors and,
              assigns as assignee of Laboratory,     Corporation of America Holdings,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10215981    +EDI: ACCE.COM Jul 06 2017 17:53:00      Asset Acceptance LLC,    Po Box 2036,
              Warren MI 48090-2036
10172760     E-mail/Text: bankruptcy@bbandt.com Jul 06 2017 18:05:46      BB&T,    Bankruptcy Dept,
              PO Box 1847,    Wilson, NC 27894-1847
10159637     E-mail/Text: bankruptcy@bbandt.com Jul 06 2017 18:05:46      BB&T,    P.O. Box 996,
              Wilson, NC 27894-0996
10159636     EDI: BANKAMER.COM Jul 06 2017 17:53:00     Bank of America,    P.O. Box 851001,
              Dallas, TX 75285-1001
10159635    +E-mail/Text: bankruptcy@cavps.com Jul 06 2017 18:06:24      Bank of America,
              c/o Cavalry Portfolio Services,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
10233953    +E-mail/Text: bankruptcy@cavps.com Jul 06 2017 18:06:24      Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
10159639    +EDI: PRA.COM Jul 06 2017 17:53:00     FIA Card,    c/o Portfolio Recovery Assoc,
              Riverside Commerce Center,    120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4952
10159640    +E-mail/Text: saragrobin@gmail.com Jul 06 2017 18:06:09      FIA Card Services/Cavalry SPV I, LLC,
              c/o Sherwin P. Robin & Assoc, PC,    P.O. Box 9541,    Savannah, GA 31412-9541
10171533     E-mail/Text: bkl@firstcitizens.com Jul 06 2017 18:06:25      First Citizens Bank,
              Attn: Roz Johnson Duty,    PO Box 25187,    Raleigh, NC 27611 5187
10159641     E-mail/Text: bkl@firstcitizens.com Jul 06 2017 18:06:26      First Citizens Bank,
              P.O. Box 26592,    Raleigh, NC 27611-6592
10246205     E-mail/Text: bknotice@crgofusa.com Jul 06 2017 18:06:33
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
10159642     EDI: IRS.COM Jul 06 2017 17:53:00     Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
10159645    +E-mail/Text: compliance@csa-inc.biz Jul 06 2017 18:05:29      Meadows Surgical Arts, Inc.,
              c/o Collection Services of Athens,    P.O. Box 8048,    Athens, GA 30603-8048
10159646     EDI: RMSC.COM Jul 06 2017 17:53:00     Old Navy,    P.O. Box 530993,    Atlanta, GA 30353-0993
10179674     EDI: PRA.COM Jul 06 2017 17:53:00     Portfolio Recovery Associates, LLC,
              c/o Mbna/4264299626957832,    POB 41067,    Norfolk VA 23541
10159647    +EDI: WFFC.COM Jul 06 2017 17:53:00     Preferred Customer Account,    CSCL Dispute Team,
              MAC N8235-04M,    P.O. Box 14517,    Des Moines, IA 50306-3517
10159650     EDI: RMSC.COM Jul 06 2017 17:53:00     The Home Depot,    P.O. Box 103047,    Roswell, GA 30076
10159651     EDI: ACCE.COM Jul 06 2017 17:53:00     Wells Fargo,    c/o Asset Acceptance Corp,
              P.O. Box 2036,    Warren, MI 48090-2036
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10271178   ##ROYSTON DIAGNOSTICE CENTER,    CARTER-YOUNG, INC,    1500 KLONDIKE ROAD, STE A-210,
              CONYERS, GA   30094-5116
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113G-3           User: mo                    Page 2 of 2                  Date Rcvd: Jul 06, 2017
                               Form ID: 3180W              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Camille  Hope    docomt@chapter13macon.com, docomt2@chapter13macon.com
              Christopher R. Morgan    on behalf of Debtor Melissa Dawn Wilson chrismgn@bellsouth.net,
               l_lacount@hotmail.com;tracie@morganlawyers.com;sarah@morganlawyers.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
                                                                                         TOTAL: 3
```